# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN THOMA AND JENNIFER THOMA, HUSBAND AND WIFE, | : | No. 164 WAL 2019 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| INTERSTATE BUILDERS, RANDOLPH D. DAHL, SR., INDIVIDUALLY AND MERCEDES DAHL, INDIVIDUALLY, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.